# EXHIBIT E




Fast Free Shipping
On Orders Over $99


Home   Login   Register   My Account   Contact Us
Shopping Cart   0 items(s)/$0.00 CDN   | Checkout
Click here to request a quote

| SHAKERS | PILL | | RESOURCES | PRIVATE | FAQ | TESTIMONIALS | Search | | GO |
| | CONTAINERS | | | LABELLING | | | | |

# Original Shaker
Product #code : SKU1



• Lid with a connected snap on cap
• Extra wide mouth
• Removable Strainer with rubber seal to proof leak water
• The screw on lid
• Easy to use, easy to clean, dishwasher safe
• Light weight and portable
• Mix, pour, store All in the same container
• Big capacity 700ml/25oz.

Quantity (72 available)   1 

Quantity in stock       72 item(s) available
Market price:           $10.79 CDN

**Our price:**          **$9.97 CDN**

Select Deal             One Original Shaker





Free Info!   Full Name [_____]   Email [_____]   Get It Now

Email Us Anytime!
About our site  |  Terms & Conditions  |  Privacy Statements

    

VISA  MasterCard   PayPal   Online   bean stream SECURE PROCESSING

© Perfect Shakers. All Rights Reserved.