JOHN D. DENKENBERGER *(Admitted Pro Hac Vice)*
john.denkenberger@cojk.com
JAMES W. ANABLE *(Admitted Pro Hac Vice)*
james.anable@cojk.com
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.682.8100
Facsimile: 206.224.0779

R. PARRISH FREEMAN (USB No. 7529)
pfreeman@wnlaw.com
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: 801.533.9800
Facsimile: 801.328.1707

*Attorneys for Defendant Perfectshakers.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUNDESA, LLC, a Utah limited liability company, and RUNWAY BLUE, LLC, a limited liability company,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PERFECTSHAKERS.COM, a Canadian limited liability company,<br><br>　　　　　Defendant. | Case No. 2:11-cv-00165<br><br>DEFENDANT PERFECTSHAKERS.COM'S MOTION TO DISMISS PLAINTIFFS' FIFTH CLAIM<br><br>Judge Clark Waddoups |

　　　Defendant Perfectshakers.com hereby moves the Court to dismiss Plaintiffs Sundesa, LLC and Runway Blue, LLC's Fifth Claim for Relief on one or more of the following grounds: (1) lack of personal jurisdiction; (2) the exercise of subject matter jurisdiction is inappropriate because the claim does not arise under U.S. law and is outside the

extraterritorial limits of the Lanham Act; and, (3) dismissal is called for by the doctrine of *forum non conveniens*.

This motion is supported by the accompanying Memorandum of Points and Authorities.

Dated this 23rd day of February, 2012.

          CHRISTENSEN O'CONNOR
          JOHNSON KINDNESS<sup>PLLC</sup>

          /s/ James W. Anable
          John D. Denkenberger
          *(Admitted Pro Hac Vice)*
          James W. Anable
          *(Admitted Pro Hac Vice)*
          CHRISTENSEN O'CONNOR
          JOHNSON KINDNESS PLLC
          1420 Fifth Avenue, Suite 2800
          Seattle, Washington 98101
          Telephone: 206.682.8100
          Facsimile: 206.224.0779

          R. PARRISH FREEMAN
          (USB No. 7529)
          pfreeman@wnlaw.com
          WORKMAN NYDEGGER
          1000 Eagle Gate Tower
          60 East South Temple
          Salt Lake City, UT 84111
          Telephone: 801.533.9800
          Facsimile: 801.328.1707

          Attorneys for Defendant
          Perfectshakers.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brett L. Foster (bfoster@hollandhart.com)
Romaine C. Marshall (rcmarshall@hollandhart.com)

/s/ James W. Anable

