JOHN D. DENKENBERGER *(Admitted Pro Hac Vice)*
john.denkenberger@cojk.com
JAMES W. ANABLE *(Admitted Pro Hac Vice)*
james.anable@cojk.com
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue, Suite 2800
Seattle, Washington  98101
Telephone: 206.682.8100
Facsimile: 206.224.0779

R. PARRISH FREEMAN (USB No. 7529)
pfreeman@wnlaw.com
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: 801.533.9800
Facsimile: 801.328.1707

*Attorneys for Defendant Perfectshakers.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUNDESA, LLC , a Utah limited liability company, and RUNWAY BLUE, LLC, a limited liability company,<br><br>            Plaintiffs,<br><br>   v.<br><br>PERFECTSHAKERS.COM, a Canadian limited liability company,<br><br>            Defendant. | Case No. 2:11-cv-00165-CW-EJF<br><br>MOTION TO UNSEAL AND STRIKE THE SECOND DECLARATION OF STEVE SORENSEN<br><br>Judge Clark Waddoups<br>Magistrate Judge Evelyn J. Furse |

Defendant, Perfect Shakers, seeks an Order unsealing and striking the Second Declaration of Steve Sorensen (the "Second Sorensen Declaration"), which was filed under seal by Plaintiffs Sundesa LLC and Runway Blue LLC (collectively "Sundesa") on May 21, 2011 (Dkt. 70).[1]

The Second Sorensen Declaration was filed under seal by designating it "Attorneys' Eyes Only" under a Stipulated Protective Order that is of record in this matter (Dkt. 68).

The Court should unseal the Second Sorensen Declaration for the following reasons:

1. The Second Sorensen Declaration was improperly designated as ATTORNEYS' EYES ONLY. It does not "reveal significant technical of business advantages of the producing party [Sundesa]," which is expressly required by paragraph 3 of the Stipulated Protective Order.

2. No other bases exist for filing under seal.

The Second Sorensen Declaration should be stricken for the following reasons:

1. The Second Sorensen Declaration is surreply that was filed without the required leave of the Court.

2. The statements and contentions contained in the Second Sorensen Declaration do not relate to any issue that is currently before the Court.

3. The Second Sorensen Declaration is made up of inadmissible hearsay, unsupported accusations and conclusions, and opinion that Mr. Sorensen is not qualified to render.

4. Even if it were factually sound, the declaration falls short of meeting the legal requirements for the premise it presents.

An award of attorneys' fees is requested in view of Sundesa's improper filing of the Second Sorensen Declaration and related conduct of Sundesa and its counsel.

---

[1] This case names Perfectshakers.com as defendant  There is no such legal entity. Perfectshakers.com ("Perfect Shakers") is owned and operated by 1535674 Alberta Inc., a Numbered Alberta Corporation.

-3-

Respectfully submitted this 26th day of July, 2012.

        CHRISTENSEN O'CONNOR
        JOHNSON KINDNESS[PLLC]

        /s/ James W. Anable
        John D. Denkenberger
        *(Admitted Pro Hac Vice)*
        James W. Anable
        *(Admitted Pro Hac Vice)*
        CHRISTENSEN O'CONNOR JOHNSON
        KINDNESS PLLC
        1420 Fifth Avenue, Suite 2800
        Seattle, Washington  98101
        Telephone: 206.682.8100
        Facsimile: 206.224.0779

        R. PARRISH FREEMAN
        (USB No. 7529)
        pfreeman@wnlaw.com
        WORKMAN NYDEGGER
        1000 Eagle Gate Tower
        60 East South Temple
        Salt Lake City, Utah 84111
        Telephone: 801.533.9800
        Facsimile: 801.328.1707

        Attorneys for Defendant Perfectshakers.com

-4-

## CERTIFICATE OF SERVICE

       I hereby certify that on the 26th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brett L. Foster (bfoster@hollandhart.com)
Romaine C. Marshall (rcmarshall@hollandhart.com)

                                            /s/ James W. Anable