JOHN D. DENKENBERGER *(Admitted Pro Hac Vice)*
john.denkenberger@cojk.com
JAMES W. ANABLE *(Admitted Pro Hac Vice)*
james.anable@cojk.com
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue, Suite 2800
Seattle, Washington  98101
Telephone: 206.682.8100
Facsimile: 206.224.0779

R. PARRISH FREEMAN (USB No. 7529)
pfreeman@wnlaw.com
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: 801.533.9800
Facsimile: 801.328.1707

*Attorneys for Defendant Perfectshakers.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUNDESA, LLC , a Utah limited liability company, and RUNWAY BLUE, LLC, a limited liability company,<br><br>            Plaintiffs,<br><br>    v.<br><br>PERFECTSHAKERS.COM, a Canadian limited liability company,<br><br>            Defendant. | Case No. 2:11-cv-00165-CW-EJF<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO UNSEAL AND STRIKE THE SECOND DECLARATION OF STEVE SORENSEN<br><br>Judge Clark Waddoups<br>Magistrate Judge Evelyn J. Furse |

Before the Court is defendant Perfectshakers.com's Motion to Unseal and Strike the Second Declaration of Steve Sorensen (the "Motion").  Having considered the Motion, the arguments and

-2-

submissions of the parties in connection with the Motion, and being fully advised in the premises, the Court hereby GRANTS the Motion, and finds and orders as follows:

1. that the "Attorneys' Eyes Only" designation should be and hereby is lifted from the document entitled "Second Declaration of Steve Sorensen" (the "Second Sorensen Declaration") (ECF No. 72) and from the information contained therein;

2. that the Second Sorenson Declaration should be ordered and hereby is ordered STRICKEN from the record; and

3. that the defendant should be and hereby is awarded the costs and attorney fees it incurred in presenting the Motion.

IT IS SO ORDERED

DATED: _____, 2010

                                                                Clark Waddoups
                                                United States District Judge

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brett L. Foster (bfoster@hollandhart.com)
Romaine C. Marshall (rcmarshall@hollandhart.com)

*/s/ R. Parrish Freeman*
R. Parrish Freeman