IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUNDESA, LLC, a Utah limited liability company, and RUNWAY BLUE, LLC, a Utah limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>PERFECTSHAKERS.COM, a Canadian limited liability company,<br><br>    Defendant. | **ORDER OF DISMISSAL**<br><br><br>Case No. 2:11-cv-00165-CW-PMW<br><br>Judge Clark Waddoups<br>Magistrate Judge Evelyn J. Furse |

Based upon the Joint Motion and Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that all remaining claims in this case are dismissed with prejudice and on the merits, with each party to bear their own respective attorneys' fees and costs.

DATED this  21st  day of    December    , 2012.

_____
Judge Clark Waddoups
UNITED STATES DISTRICT COURT JUDGE

5902358_1.DOCX